JS-6

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20/20 PLUMBING & HEATING, INC.<br><br>Plaintiff,<br><br>v.<br><br>LOCHINVAR, LLC; HOJOCA CORPORATION; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 5:22–cv–00098–RGK–SHK<br><br>Assigned to: Hon. R. Gary Klausner<br>Dept.:  Courtroom 850<br><br>[*Originally filed in Riverside County Superior Court; Case No.: CVRI2104236*]<br><br>**ORDER TO DISMISS PLAINTIFF'S CLAIMS AND OPERATIVE COMPLAINT**<br><br>Complaint filed: September 17, 2021<br>Trial Date:  November 1, 2022 |

## ORDER

Having considered Plaintiff 20/20 Plumbing & Heating, Inc.'s ("Plaintiff") and Defendants Lochinvar, LLC's ("Lochinvar") and Hajoca Corporation's ("Hajoca") (collectively "Defendants") Stipulation to Dismiss Plaintiff's claims and Operative Complaint, and good cause appearing therefor, the Court hereby ORDERS as follows:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), IT IS HEREBY ORDERED that Plaintiff's claims against Defendants, as set forth in the Operative Complaint, are hereby dismissed, in their entirety, with prejudice.

IT IS SO ORDERED.

Date: SEPTEMBER 27, 2022

_____
Hon. R. Gary Klausner
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On September 26, 2022, I served, in the manner indicated below, the foregoing document described as: **ORDER TO DIMISS PLAINTIFF'S CLAIMS AND OPERATIVE COMPLAINT** on the interested parties in this action:

| | |
|---|---|
| Edward M. Picozzi<br>Law Offices of Edward M. Picozzi<br>32631 Hwy 79<br>Warner Springs, CA 92086 | **PLAINTIFFS' COUNSEL**<br><br>Telephone: (760) 703-5701<br>Facsimile: (760) 782-0677<br><br>Email: edpicozzi@gmail.com |

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. § 5 (b)(2)(C)).

☒ BY E-FILING (USDC Central): I caused such document to be sent electronically to the court; electronic filing constitutes service upon the parties who have consented to electronic service.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 26, 2022, at Costa Mesa, California.

*Louise Mishler*
_____
Louise Mishler